463 A.2d 59

Commonwealth v. Sharpe, Appellant.

Submitted April 5, 1983. Hugh Curtis Clark, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.